Ruchell Cinque Magee
3A5-142  #A92051
Box 3461, CSP
Corcoran, CA  93212



E-filing

U.S. DISTRICT COURT FOR THE

NORTHERN  DISTRICT OF CALIFORNIA

In Re:  )  CV NO. 08    3754
        )
  RUCHELL CINQUE MAGEE  )
        )  APPLICATION FOR CLEARANCE
  On Habeas Corpus  )

(PR)

Pursuant to 28 U.S.C. § 1651, the petitioner ask Clearance on right  to be heard by writ of habeas Corpus based on facts and newly evidence of jury acquittal, never denied by the government.

On May 2, 192005, the U.S. District Court, Northern District Of California Ordered the granting of Clearance- Vacating its gag rule of May 10, 1995, based on the gag rule or pre-filing order violated the United States Consitution  ( In re RUCHELL CINQUE MAGEE, NO.C-05-80291 MISC ( N.D. CAL., May 2, 2005).)

Habeas Corpus herewith  reflect jurors Affidavit's declaring acquittal by twelve agreeing that the petitioner was found not guilty of violating Pc 209 (kidnapping for

1

purpose of extortion.)

Clearance is necessary, because previous judge's shifted their attention from the jury acquittal, to the May 10, 1995 pre - filing order, opposing to the acquittal heard by a hearing judge. ( See decision maintaining May 10, 1995 gag rule, In re Ruchel Cinque Magee, NO. C05-1819 TEH ( PR), N.D. Cal. 5/23/05 ).

By maintaining the said pre-filing order, some judge's are underminded to believe that the petitioner have to obtain permission from the 9th Circuit Court of Appeals, because the pre-filing order bring in the Anti-writ of habeas corpus ( 28 U.S.C. § 2244(b)(3)(A).

Clearance reopening of the decision In re RUCHELL CINQUE MAGEE, NO. C-05-80291, MISC VRW, Supra, will produce jury acquittal . The acquittal will bring to law argument 18 U.S.C. § 3731, stattute: " Government have no juridiction to apply gag rule's in the case of acquittal."

Clearance will make plain the illegality of the May 10, 1995 pre-filing order in this matter. WHEREFORE, petitioner request the court to reopen its decision C-05-80291 MISC VRW, Supra, in order that Habeas Corpus may proceed forward before a hearing judge with respect for the jury system.

I certify under penalty of perjury the foregoing is true and correct to the best of my knowledge and beleif.

Dated: July 28, 2008

*Ruchell Cinque Magee* (signature)
RUCHELL CINQUE MAGEE

2