|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | IN THE UNITED STATES DISTRICT COURT | |
| 7 | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

RUCHELL CINQUE MAGEE,            )   No. C 08-3754 TEH (PR)
                                 )
           Petitioner,           )   **JUDGMENT**
                                 )
      vs.                        )
                                 )
L. ADAMS, Warden,                )
                                 )
           Respondent.           )
_____  )

An order of judgment is hereby entered DISMISSING this action without prejudice.

SO ORDERED.

DATED:  08/26/08

_____
THELTON E. HENDERSON
United States District Judge

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE,

        Plaintiff,

  v.

L ADAMS et al,

        Defendant.

Case Number: CV08-03754 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ruchell Cinque Magee #:A92051, 3A5-1
California State Prison-Corcoran
CA State Prison
P. O. Box 3461
Corcoran, CA 93212

Dated: August 27, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk